IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 1:16-CR-68 |
| OZGUR DEMIR, | ) |
| | ) |
| Defendant. | ) |

MOTION TO DISMISS WITHOUT PREJUDICE INDICTMENT AND WARRANT

The United States of America, by and through its undersigned attorney, hereby moves to dismiss the above-referenced indictment with respect to defendant OZGUR DEMIR only.

On or about March 15, 2016, a Grand Jury returned an indictment charging the above defendant, along with two (2) others, with a conspiracy to launder money. An arrest warrant warrant was issued on that same date. Since then, the defendant has remained a fugitive.

At this time, the government no longer believes that it can prove the charges beyond a reasonable doubt as to this defendant. Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to dismiss the above-captioned Indictment, and the warrant issued in connection with this Indictment, without prejudice with respect to this defendant only.

Jessica D. Aber
United States Attorney

By:   /s/
Anthony T. Aminoff
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3790
Anthony.aminoff@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of March, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, if any.

/s/
Anthony T. Aminoff
Assistant United States Attorney
